IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION,<br>A United States Government Agency<br><br>445 12th St. SW<br>Washington, D.C. 20024-2101<br><br>    Plaintiff,<br><br>v.<br><br>JENSEN'S INCORPORATED,<br>as SPONSOR and ADMINISTRATOR of the<br>JENSEN'S INCORPORATED RETIREMENT<br>INCOME PLAN<br><br>715 West Jackson Street<br>Shelbyville, TN 37160<br><br>    Defendant | No. 4:22-cv-00061 |

## MOTION FOR DEFAULT JUDGMENT

Comes now Pension Benefit Guaranty Corporation and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, Pension Benefit Guaranty Corporation relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

*/s/ Sarah Newman*
_____
Attorney for Plaintiff