UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | Case No. 4:22-cv-61 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Susan K. Lee |
| JENSEN'S INCORPORATED, as SPONSOR and ADMINISTRATOR of the JENSEN'S INCORPORATED RETIREMENT INCOME PLAN, | ) ) ) ) ) ) | |
| *Defendant*. | | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum opinion and order, Plaintiff's motion for default judgment (Doc. 11) is **GRANTED**. Because there are no more claims remaining in this matter, the Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

                                                 **/s/** *Travis R. McDonough*
                                                 **TRAVIS R. MCDONOUGH**
                                                 **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ LeAnna R. Wilson
    CLERK OF COURT